UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA, EX REL.
ROBERT A. CUTLER

                       Plaintiff(s),                  17-CV-07515 (KMK)

-v-

                                                                                  <u>CALENDAR NOTICE</u>

Cigna Holdings, Inc., et al.,

                       Defendant(s).
-------------------------------------------------------X

       Please take notice that the above captioned action has been scheduled for oral argument on the Defendant's Motion to Transfer the Case before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, July 29, 2021 at 1:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

<u>Meeting Dial-In Number</u> (USA toll-free): (888) 363-4749   <u>Access Code</u>: 7702195
Please enter the conference as a guest by pressing the pound sign (#).

Dated: July 7, 2021
       White Plains, New York

                                                             So Ordered

                                                             Kenneth M. Karas, U.S.D.J.