UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
*ex rel.* ROBERT A. CUTLER,

                Plaintiff,

v.

CIGNA CORP. *et al.*,

                Defendants.

Case No. 7:17 Civ. 07515 (KMK)

**ORDER GRANTING DEFENDANTS' MOTION TO SEAL CONFIDENTIAL DOCUMENTS**

    Before the Court is Defendants' Motion To Seal Confidential Documents. The Court, having considered the parties' submissions, orders that the motion be GRANTED.

    IT IS HEREBY ORDERED that the following docket entries shall be sealed and remain sealed unless and until the seal is lifted by order of the Court:

- Dkt. 91, 91-3, 91-4, 91-5, 91-6, 91-7, 91-8;
- Dkt. 92;
- Dkt. 95, 95-4, 95-5, 95-6, 95-7, 95-8, 95-9, 95-10, 95-11, 95-12, 95-13; and
- Dkt. 97.

Dated: September 29, 2021

                                                                                                                                                                   _____

                                                                                                                                            Hon. Kenneth M. Karas
                                                                                                                                            United States District Judge