> The motion is granted.
> Eli Richardson

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT A. CUTLER, | ) ) Civil Action No. 3:21-cv-00748 |
| Plaintiff, | ) ) District Judge Eli J. Richardson |
| v. | ) ) Magistrate Judge Jeffrey S. Frensley |
| CIGNA CORP. et al., | ) ) JURY DEMAND |
| Defendants. | ) ) |

## RELATOR ROBERT A. CUTLER'S MOTION FOR LEAVE TO FILE REDACTED EXHIBIT A TO RELATOR'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Local Rule 5.03, Relator, Robert A. Cutler ("Relator"), respectfully moves this Court for leave to file redacted Exhibit A to Relator's Response to Defendants' Motion to Dismiss. Filed contemporaneously is a Memorandum in Support of the Motion for Leave to File Redacted Exhibit A to Relator's Response to Defendants' Motion to Dismiss.

Respectfully submitted,

/s/ Tara L. Swafford

THE SWAFFORD LAW FIRM, PLLC
Tara L. Swafford, BPR #17577
W. Lee Maddux, BPR #01235
Elizabeth G. Hart, BPR #30070
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
lee@swaffordlawfirm.com
betsy@swaffordlawfirm.com

*Attorneys for Relator*