| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROBERT A. CUTLER,<br><br>                Plaintiff,<br><br>        v.<br><br>CIGNA CORPORATION, CIGNA HOLDINGS, INC., CONNECTICUT GENERAL CORP., HEALTHSPRING, INC., NEW QUEST LLC, HEALTHSPRING LIFE & HEALTH INSURANCE COMPANY, INC., GULF QUEST LP, PHYSICIANS MANAGEMENT LLC, and ALEGIS CARE SERVICES, LLC,<br>                Defendants. | **Case No. 3:21-cv-00748**<br>**JUDGE RICHARDSON**<br>**MAGISTRATE JUDGE FRENSLEY** |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff-Intervenor,<br><br>        v.<br><br>THE CIGNA GROUP, BRAVO HEALTH MID-ATLANTIC, INC., BRAVO HEALTH PENNSYLVANIA, INC., CIGNA HEALTH & LIFE INS. CO., CIGNA HEALTHCARE OF CALIFORNIA, INC., CIGNA HEALTHCARE OF COLORADO, INC., CIGNA HEALTHCARE OF CONNECTICUT, INC., CIGNA HEALTHCARE OF GEORGIA, INC., CIGNA HEALTHCARE OF NORTH CAROLINA, INC., CIGNA HEALTHCARE OF SOUTH CAROLINA, INC., CIGNA HEALTHCARE OF ST. LOUIS, INC., HEALTHSPRING OF FLORIDA, INC., and HEALTHSPRING LIFE & HEALTH INS. CO.,<br><br>                Defendants. | |

## JOINT MOTION TO ENTER PROPOSED SETTLEMENT STIPULATIONS

For the reasons stated during the status conference held earlier today, the Parties, by and through counsel, jointly move the Court to enter the proposed (i) Stipulation and Order of Settlement and Dismissal and (ii) Stipulation and Order of Settlement and Release Between the United States and Relator, which are attached to this Motion.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  /s/ Samuel Dolinger
JEAN-DAVID BARNEA (pro hac vice)
PETER ARONOFF (pro hac vice)
SAMUEL DOLINGER (pro hac vice)
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2679/2697/2677
jean-david.barnea@usdoj.gov
peter.aronoff@usdoj.gov
samuel.dolinger@usdoj.gov

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

By:  /s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Tel.: (615) 736-5151
ellen.bowden2@usdoj.gov

*Counsel for the United States of America*

THE SWAFFORD LAW FIRM, PLLC

By: /s/ Tara L. Swafford
Tara L. Swafford
W. Lee Maddux
Elizabeth G. Hart
321 Billingsly Court, Suite 19
Franklin, TN 37067
Tel.: (615) 599-8406
tara@swaffordlawfirm.com
lee.maddux@arlaw.com
betsy@swaffordlawfirm.com

*Counsel for Relator*

WILMER, CUTLER & PICKERING HALE
AND DORR LLP

By: /s/ David W. Ogden
David W. Ogden (*pro hac vice*)
Howard M. Shapiro (*pro hac vice*)
Charles C. Speth (*pro hac vice*)
Kevin M. Lamb (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE & DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6440

Thomas K. Potter, III (TN Bar No. 024857)
J. Alex Little (TN Bar No. 029858)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that copies of the foregoing and the attached proposed stipulations were served on September 29, 2023, by electronic means via the Court's electronic filing system, to the following:

Tara L. Swafford
W. Lee Maddux
Elizabeth G. Hart
The Swafford Law Firm, PLLC
321 Billingsly Court, Suite 19
Franklin, TN 37067
tara@swaffordlawfirm.com
lee.maddux@arlaw.com
betsy@swaffordlawfirm.com

David W. Ogden
Howard M. Shapiro
Charles Speth
Kevin Lamb
Wilmer, Cutler & Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
david.ogden@wilmerhale.com
howard.shapiro@wilmerhale.com
charles.speth@wilmerhale.com
kevin.lamb@wilmerhale.com

Thomas K. Potter, III
J. Alex Little
Burr & Forman, LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
alex.little@burr.com
tpotter@burr.com

    /s/ Samuel Dolinger
    SAMUEL DOLINGER